IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLORIA DINELLI,<br>  Plaintiff, | : | |
| v. | : | Civ. No. 17-3361 |
| COMMISSIONER OF SOCIAL SECURITY,<br>  Defendant. | : | |

## ORDER

**AND NOW**, this 10th day of March, 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 12), Defendant's Response (Doc. No. 15), as well as the administrative record herein (Doc. No. 8), and after careful review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin (Doc. No. 19), to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 19) is **APPROVED** and **ADOPTED**;

2. The relief sought in Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 12) is **DENIED**;

3. The Decision of the Commissioner of Social Security is **AFFIRMED**;

4. **JUDGMENT** is entered in favor of Defendant Andrew M. Saul, Commissioner of Social Security, and against Plaintiff Gloria Dinelli; and

5. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

_____
Paul S. Diamond, J.